IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTREL DAVID KELLER,<br>    Plaintiff,<br>vs.<br>ALAMEDA COUNTY SHERIFF'S OFFICE,<br>    Defendant. | No. C 11-3104 JSW (PR)<br>**ORDER OF DISMISSAL**<br><br>(Docket No. 2) |

On June 23, 2011, Plaintiff, an inmate at the Santa Rita County Jail, filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis ("IFP"). Specifically, he was informed that he had not included a certificate of funds form completed and signed by an authorized official, nor had he included a trust account statement. Along with the deficiency notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a complete IFP application within thirty days. More than thirty days have passed, and no response from Plaintiff has been received. As Plaintiff has neither paid the filing fee, filed a complete IFP application, nor explained his failure to do so, this case is DISMISSED without prejudice. The incomplete application to proceed in forma pauperis (docket number 2) is DENIED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: August 24, 2011

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTEL DAVID KELLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY SHERIFF OFFICE et al,<br><br>　　　　　Defendant.　　　　　　　／ | Case Number: CV11-03104 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kittrel David Keller
5325 Broder Blvd
F14795
Dublin, CA 94568

Dated: August 24, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk